MARC BRYANT et al. v. FARMERS & MERCHANTS STATE BANK OF DENTON.

[No. 10, January Term, 1928.]

*Decided February 15th, 1928.*

The cause was submitted on briefs to Bond, C. J., Pattison, Urner, Adkins, Offutt, Digges, Parke, and Sloan, JJ.

*Fred R. Owens* and *Howard Bryant,* for the appellants.

*W. Brewster Deen* and *William J. Rickards,* for the appellee.

A *per curiam* opinion was delivered.